Anerio V. Altman, Esq. #228445
Lake Forest Bankruptcy
23151 Moulton Parkway Suite 131
Laguna Hills, CA 92653
Phone (949) 218-2002
Fax (949) 218-2002
avaesq@lakeforestbkoffice.com
**ATTORNEY FOR DEBTORS**
**FRANCIS AND JO ANN WRIGHT**

### UNITED STATES BANKRUPTCY COURTS
### CENTRAL DISTRICT OF CALIFORNIA-SANTA ANA DIVISION

| | |
|---|---|
| In Re:  FRANK AND JO ANN WRIGHT | ) BK. No.  8:14-bk-10693-SC |
| | ) |
| | ) **Chapter 7** |
| | ) |
| | ) **MOTION TO REOPEN CHAPTER 7** |
| | ) **MATTER** |
| | ) |
| | ) <u>JUDGE</u> |
| | ) Hon. Scott Clarkson |
| | ) |
| | ) No Hearing Pursuant to LRBP 9013-1(q) |

///

///

///

_____

- 1

MOTION TO REOPEN

**I.    INTRODUCTION**

Debtors Frank and Jo Ann Wright ("Debtors") bring this Motion to Reopen their Chapter 7 Matter 8:14-bk-10693-SC. This motion is brought for the purpose of avoiding six judicial liens secured to their personal residence.

**II.    FACTS**

a. On February 4, 2014, the Debtors filed a Chapter 7 Bankruptcy Petition. That petition was assigned case number 8:14-bk-10693-SC ("BK Case").

b. The BK Case proceeded to be administered by Trustee Thomas H. Casey. Ultimately, the Trustee filed a No Asset Report and discharge was entered in this matter on May 27th, 2014.

c. At the time the BK Case was initiated, the Debtor owned real property located in Orange County California with an estimated value of approximately $408,300.

d. At the time BK Case was initiated, the Debtor's real property was encumbered by the following liens:

    i. A First Deed of Trust owed to Chase Home Mortgage in the amount of $461,939;

    ii. A Second Deed of Trust owed to Chase Home Mortgage in the amount of $92,365;

    iii. A Judgment Lien recorded February 16th, 2011 in third position, owed to Citibank, N.A. in the amount of $2,798.95;

      iv. A Judgment Lien recorded September 27th, 2011 in fourth position, owed to Discover Bank in the amount of $14,802.18;

      v. A Judgment Lien recorded December 8th, 2011 in fifth position, owed to GCFS, Inc. in the amount of $13,039.80;

      vi. A Judgment Lien recorded December 23, 2011 in sixth position, owed to Vion Holdings, LLC., in the amount of $5,748.93;

      vii. A Judgment Lien recorded March 18th, 2013 in seventh position, owed to Investment Retrievers, Inc., in the amount of $43,820.71; and

      viii. A Judgment Lien recorded April 8th, 2013 in eighth position, owed to EGC Financial, LLC., in the amount of $5,263.06.

e. At the time of filing, the Debtors were not aware that the above Judgments and obligations had been reduced to Judgment Liens.

f. The Debtors had recently initiated a real estate transaction within the past 60 days regarding their primary residence.

g. The Debtors were informed that these judgment liens were attached to their property and needed to be removed.

h. The Debtors learned why and how these liens needed to be avoided pursuant to 11 U.S.C. Sec. 522(f).

i. The Debtors contacted and made arrangements for new counsel to be retained to remove these liens pursuant to 11 U.S.C. Sec. 522(f) on Friday November 22nd, 2019.

    j.    The Debtors now seek to reopen their case for the purpose of removing these judgment liens.

### III.    DECLARATION OF ANERIO V. ALTMAN, ESQ.

    a.  I am over the age of 18 years old and I am legally able and competent to testify to the following in a court of law if required to do so.

    b.  I have been retained to represent the Debtors in this matter.

    c.  I have made a preliminary investigation of the facts of this case.

    d.  I have drafted the statements in section II based upon that preliminary investigation.

    e.  I declare under penalty of perjury of the laws of the United States that these facts are true and correct as to the best of my knowledge.

### IV.    PRAYER

Based upon the proceeding statements, the Debtor requests that the court reopen the BK Case so that the Debtors may file six motions to avoid judicial liens.

Dated:  November 27, 2019        Signed: /S/ ANERIO V. ALTMAN, ESQ.
                                                    Anerio V. Altman, Esq.
                                                    Attorney for Debtors
                                                    Frank Wright
                                                    Jo Ann Wright